■ In the Matter of the Claim of GEORGE DIXON, Respondent, v STERLING DRUGS et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Appeal from a decision of the Workers' Compensation Board, filed July 8, 1982, which held that claimant suffered a causally related myocardial infarction on January 11, 1979. The board found: "[B]ased upon testimony of Dr. B. J. Davis, that the claimant had a myocardial infarction arising out of his strenuous work activities of January 11, 1979." There is substantial evidence to sustain the determination of the board (see *Matter of Monette v County of Albany*, 96 AD2d 633). Decision affirmed, with one bill of costs to respondents filing briefs. Mahoney, P. J., Sweeney, Main, Casey and Weiss, JJ., concur.